**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **JOHN K. MORROW,** | ) |
| | ) |
| **Petitioner,** | ) |
| | ) |
| **v.** | )  **CASE NO. 2:21-CV-42-RAH-CWB** |
| | ) |
| **ALLEN COHEN, WARDEN, FPC** | ) |
| **MONTGOMERY,** | ) |
| | ) |
| **Respondent.** | ) |

**ORDER**

Before the court is the Magistrate Judge's Report and Recommendation filed January 26, 2024 (Doc. 26), to which no objections have been filed.  Based upon an independent and *de novo* review of the Recommendation, *see* 28 U.S.C. § 636(b), it is

ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED;

2. This case is DISMISSED with prejudice;

3. No costs are taxed.

A separate Final Judgment will be entered in accordance with this order.

DONE, on this the 22nd day of February 2024.

_____

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE